**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GLOBIS CAPITAL PARTNERS, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> THE CASH STORE FINANCIAL SERVICES INC., et al., <br><br> Defendants. | **13-CV- 3385-VM** |
| CHARLES NUTSCH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CASH STORE FINANCIAL SERVICES, INC., et al., <br><br> Defendants. | **13-CV- 4461-VM** |

<u>**DECLARATION OF IRA M. PRESS**</u>

I, IRA M. PRESS, hereby certify as follows:

1.      I am a member of the law firm of Kirby McInerney LLP ("Kirby McInerney"), co-counsel for lead plaintiff movants Globis Capital Partners, L.P. and Globis Overseas Fund, Ltd. (collectively "Movants" or "the Globis Funds") and proposed Co-Lead Counsel for the proposed plaintiff class in the above-titled consolidated actions. As such, I have knowledge of the matters set forth in this declaration. I am admitted to practice before this Court. I submit this declaration in support of the Globis Funds' motion for appointment of lead plaintiff and approval of selection of counsel.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the notice of pendency of class action that was issued on June 27, 2013 over *Globe Newswire,* a national business-oriented newswire service.

3. Attached hereto as Exhibit 2 is a true and correct copy of the signed certification on behalf of the Globis Funds, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. *See* 15 U.S.C. § 78u-4(a)(2).

4. Attached hereto as Exhibit 3 is a chart, prepared by counsel: i) listing the Globis Funds' transactions in the common stock of Cash Store Financial Services, Inc. ("Cash Store" or "the Company") purchased from November 24, 2010 until and through May 13, 2013, inclusive (the "Class Period"); and ii) calculating the Globis Funds' losses from Class Period investments in Cash Store common stock.

5. Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of Kirby McInerney LLP.

6. Attached hereto as Exhibit 5 is a true and correct copy of the resume of David S. Hoffner of Hoffner PLLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of August 2013.

_____/s/ Ira M. Press_____
IRA M. PRESS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was forwarded to all counsel of record through the Court's ECF system on August 26, 2013.

*/s/ Ira M. Press*
Ira M. Press
