AO 458 (Rev. 06/09) Appearance of Counsel

## UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| Nutsch | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-CV-04461-VM |
| Cash Store Financial Services Inc. et al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Globis Capital Partners, L.P. and Globis Overseas Fund, Ltd.

Date:   08/29/2013

*Attorney's signature*

DAVIS S. HOFFNER (DH-1462)
*Printed name and bar number*

Hoffner PLLC
800 Third Avenue, 13th Floor, NY, NY 10022
*Address*

hoffner@hoffnerpllc.com
*E-mail address*

(212) 471-6203
*Telephone number*

(212) 935-5012
*FAX number*